IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY WAYNE HEBERT,
    Plaintiff,

vs.                                    CASE NO.: 3:07cv155/MCR/MD

JUDGE FRANK BELL,
    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 18, 2007. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause of action is dismissed pursuant to 28 U.S.C.A. § 1915(e)(2)(B)(iii).

    DONE AND ORDERED this 19th day of June, 2007.

                                                 s/ *M. Casey Rodgers*
                                                 M. CASEY RODGERS
                                                 UNITED STATES DISTRICT JUDGE